[No. 68052-8-I.   Division One.   January 7, 2013.]

*In the Matter of the Marriage of* MELISSA E. SADETTANH, *Appellant*, and ARMANI B. SADETTANH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-05540-5, Andrea A. Darvas, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 68357-8-I.   Division One.   January 7, 2013.]

*In the Matter of the Marriage of* DANIEL P. McMINN, *Respondent*, and LORI J. McMINN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-3-02856-1, Eric Z. Lucas, J., entered February 17, 2012. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 40303-0-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JOHN KEMP, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00509-5, Diane M. Woolard, J., entered January 28, 2009. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 41189-0-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DAVID MATTHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05430-3, Bryan E. Chushcoff, J., entered August 13, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.